Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff
Telebrands Corp.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2024
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORP., <br><br> *Plaintiff* <br><br> v. <br><br> WWW.RUBYSLIDEROFFICIAL.COM; and GUANGZHOU RUIXI ELECTRONIC COMMERCE CO., LTD. d/b/a WWW.RUBYSLIDEROFFICIAL.COM, <br><br> *Defendants* | CIVIL CASE NO. <br> 22-cv-03699 (MMG) <br><br> [~~PROPOSED~~] <br> ORDER FOR RETURN OF SECURITY BOND |

In light of Plaintiff Telebrands Corp.'s ("Plaintiff") voluntary dismissal of this action, without prejudice, which will alert the Clerk of Court to close this case, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court shall release the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel LLP, 60 East 42nd Street, Suite 1250, New York, NY 10165.

**SO ORDERED.**

SIGNED this 6th day of June, 2024, in New York, NY:

_____
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE